

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

The State of Texas,                              * From the 106th District
                                                   Court of Gaines County,
                                                   Trial Court No. 13-4370.

Vs. No. 11-14-00014-CR                           * January 16, 2014

Cori Jetton Riley,                               * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has considered the State of Texas's motion to dismiss its appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.